■ BUCKLEY PETROLEUM PRODUCTS, INC., and All Other Creditors Similarly Situated, et al., Respondents, v. ABE GOLDMAN et al., Appellants, and JOSEPH SCHWARTZ, Respondent, et al., Defendants.— Order unanimously reversed, with $25 costs and disbursements and motion denied, without costs, with leave to renew upon appropriate papers. Memorandum: The moving papers were totally inadequate and insufficient and the motion should have been denied with leave to renew upon appropriate papers. (Appeal by defendants, Abe Goldman and Markson Bros, Inc., from order of Onondaga Special Term granting a motion of plaintiffs for examination of certain defendants and for discovery and inspection.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ BUCKLEY PETROLEUM PRODUCTS, INC., and All Other Creditors Similarly Situated, et al., Appellants, v. ABE GOLDMAN, Respondent, et al., Defendants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Onondaga Special Term denying plaintiffs' motion to strike out answer

of defendant Abe Goldman and for partial summary judgment under rules 113 and 114 of the Rules of Civil Practice against defendant Abe Goldman.)  Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.